```
                                                    U.S. DISTRICT COURT - N.D. OF N.Y.
                                                            FILED
                                                         JUL 2 2 2009
    IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF NEW YORK       AT____O'CLOCK____
                                                Lawrence K. Baerman, Clerk - Syracuse
```

*******************************************

**UNITED STATES OF AMERICA**

                                   **Criminal Action No.**
                                   **07-MJ-210 (GJD)**

    **v.**

**DAVID GLINSKI,**

                      **Defendant.**

*******************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the criminal complaint, 07-MJ-210, against defendant David Glinski.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other:   <u>The defendant completed a one-year term of pre-trial diversion. He has reported as directed, and submitted to drug testing. All of his drug tests were negative. Although</u>

<u>U.S. Probation considers the defendant's diversion unsuccessful, there is no evidence that he accessed a computer, the internet, or had contact with a minor during his year of supervision. Accordingly, pursuant to a written agreement between the parties, the Government moves to dismiss the charges contained in criminal complaint 07-MJ-210.</u>

With respect to this dismissal, defendant (check one):

__X__ Consents

____ Objects

____ Has not been consulted

This dismissal is without prejudice.

ANDREW T. BAXTER
United States Attorney

By: Lisa M. Fletcher
Assistant U.S. Attorney
Bar Roll No. 510187

Leave of court is granted for the filing of the foregoing dismissal.

Dated: July 22, 2009
Syracuse, New York

Hon. David E. Peebles
United States Magistrate Judge